RASHEED McWILLIAMS (State Bar No. 281832)
  rasheedmcwilliams@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

CATHERINE E. MAXSON (State Bar No. 187509)
  catherinemaxson@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone:  (206) 757-8098
Fax: (206) 757-7098

Attorneys for Plaintiff
INCREMENTO, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREMENTO, INC.,<br><br>     Plaintiff,<br><br> vs.<br><br>AH HYUN CHO,<br><br>     Defendant. | Case No. **2:23-cv-06427 JFW-PD**<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AH HYUN CHO**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Patricia Donahue<br><br>Action Filed:  August 7, 2023 |

TO THE CLERK:

Plaintiff Incremento, Inc. ("Plaintiff") hereby requests that the clerk enter default against defendant Ah Hyun Cho ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(a). Defendant has been properly served but has not filed an Answer.

Defendant was served with the original Complaint by personal service on September 21, 2023. DKT. 12. On information and belief Defendant: (a) is not a minor or incompetent person; and (b) does not serve in the U.S. military and therefore the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply. *See* 50 U.S.C. App. § 501 *et seq.*

Pursuant to Rule 12 of the Federal Rules of Civil Procedure: (1) Defendant's Answer to the Complaint was due on October 12, 2023  Therefore, the clerk should enter default against her.

The declaration of Rasheed McWilliams, counsel for Incremento Inc., filed herewith, sets forth the above facts.

DATED: October 17, 2023

DAVIS WRIGHT TREMAINE LLP
RASHEED McWILLIAMS
CATHERINE E. MAXSON


By: /s/ Rasheed McWilliams
         Rasheed McWilliams
Attorneys for Plaintiff
INCREMENTO, INC.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT AH HYUN CHO
4885-6433-9080v.1 0120836-000002