**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 23-6427-JFW(PDx)**                          Date:  February 14, 2024

Title:        Incremento, Inc. *-v-* Ay Hyun Cho

**PRESENT:**
      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

      **Shannon Reilly**                        **None Present**
      **Courtroom Deputy**                      **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                              None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER GRANTING DEFENDANT AH HYUN CHO'S**
                                      **MOTION TO SET ASIDE DEFAULT  [filed 1/18/24;**
                                      **Docket No. 51]**

      On January 18, 2024, Defendant Ah Hyun Cho ("Defendant") filed a Motion to Set Aside
Default ("Motion").  On January 30, 2024, Plaintiff Incremento, Inc. ("Plaintiff") filed its Notice of
Non-Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15,
the Court finds that this matter is appropriate for decision without oral argument.  The hearing
calendared for February 26, 2024 is hereby vacated and the matter taken off calendar. After
considering the moving papers, and the arguments therein, the Court rules as follows:

      In light of Plaintiff's Non-Opposition, Defendant's Motion is **GRANTED**.  The default entered
against Defendant on October 18, 2023 (Docket No. 15) is **VACATED**.  Plaintiff shall file her
Answer on or before February 21, 2024.

      IT IS SO ORDERED.