RASHEED McWILLIAMS (State Bar No. 281832)
  *rasheedmcwilliams@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

CATHERINE E. MAXSON (State Bar No. 187509)
  *catherinemaxson@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone:  (206) 757-8098
Fax: (206) 757-7098

Attorneys for Plaintiff
INCREMENTO, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREMENTO, INC.,<br><br>              Plaintiff,<br><br>      vs.<br><br>AH HYUN CHO,<br><br>              Defendant. | Case No. **2:23-cv-06427-JFW-PD**<br><br>**JOINT STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Patricia Donahue<br><br>Action Filed:  August 7, 2023 |

1

STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT

4865-0824-7482v.1 0120836-000002

# <u>STIPULATION</u>

Plaintiff Incremento, Inc. ("Incremento") and Defendant Ah Hyun Cho ("Cho" and together with Incremento, the "Parties"), hereby enter into this Joint Stipulation of Dismissal With Retention of Jurisdiction To Enforce Settlement ("Joint Stipulation"), as follows:

WHEREAS, on August 7, 2023, Incremento filed its operative Complaint in this action against Cho, asserting a claim for Copyright Infringement.

WHEREAS, Incremento and Cho have now entered into a Confidential Settlement and Release Agreement (the "Settlement Agreement"), which relates to this lawsuit as well as certain other disputes between the Parties, and Incremento has agreed to have this Complaint dismissed with prejudice as part of the consideration it provided for such Settlement Agreement.

WHEREAS, the Parties agree and jointly request that this Court retain jurisdiction to enforce Incremento's payment of the Settlement Sum as provided in the Settlement Agreement, but that the Court otherwise dismiss this action in its entirety, subject to such retention of jurisdiction.

**IT IS HEREBY STIPULATED**, by and between Incremento and Cho, as follows:

1. The Parties agree that the matters set forth above are true and correct.

2. In the event that Incremento defaults by failing to make a payment due and owing under the Settlement Agreement, then Cho shall be authorized to file an ex parte application to vacate the dismissal entered hereunder.  The prevailing party in such proceeding shall be entitled to recover its reasonable attorneys' fees and costs.

3. No amendment, change or modification of this Joint Stipulation shall be valid, unless in writing and signed by the Parties hereto.

4. The Parties shall bear their own attorneys' fees and costs to date in this action.

STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT

4865-0824-7482v.1 0120836-000002

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. The Court should (a) retain jurisdiction to enforce Incremento's payment of the Settlement Sum, and (b) otherwise dismiss this action in its entirety, subject to such retention of jurisdiction.

**IT IS SO STIPULATED**.

DATED: April 30, 2024

DAVIS WRIGHT TREMAINE LLP
RASHEED McWILLIAMS
CATHERINE E. MAXSON

By:  */s/ Rasheed McWilliams*
Rasheed McWilliams

Attorneys for Plaintiff
INCREMENTO, INC.

DATED: April 30, 2024

LEE LAW OFFICES
W. Dan Lee

By:  */s/ W. Dan Lee*
W. Dan Lee

Attorneys for Defendant
AH HYUN CHO

3

STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT

4865-0824-7482v.1 0120836-000002

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899