JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INCREMENTO, INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>AH HYUN CHO,<br><br>            Defendant. | Case No. **2:23-cv-06427-JFW-PDx**<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT<br><br>Assigned to the Hon. John F. Walter and Magistrate Judge Patricia Donahue<br><br>Action Filed: August 7, 2023 |

1

ORDER DISMISSING ACTION WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT
4865-0824-7482v.1 0120836-000002

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## ORDER

Plaintiff Incremento, Inc. ("Incremento") and Defendant Ah Hyun Cho ("Cho") filed a Joint Stipulation of Dismissal With Retention of Jurisdiction To Enforce Settlement (the "Joint Stipulation"). For good cause showing, the Court hereby rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Joint Stipulation, the Court shall retain jurisdiction to enforce Incremento's payment of the Settlement Sum. The Court otherwise dismisses this action in its entirety with prejudice, subject to such retention of jurisdiction.

**IT IS SO ORDERED.**

DATED: __May 1__, 2024

_____
Hon. John F. Walter, Crtrm. 7A
Judge of the United States District Court

2
ORDER DISMISSING ACTION WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT
4865-0824-7482v.1 0120836-000002

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899